IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOSES MCCORMICK, et al., | : |
| | : Case No. 2:19-cv-03329 |
| Plaintiffs, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Jolson |
| FRANKLIN COUNTY COURT OF COMMON | : |
| PLEAS, DOMESTIC DIVISION, et al. | : |
| | : |
| Defendants. | : |

**ORDER**

This matter is before the Court on several of the Defendants' Motions to Dismiss or for Judgment on the Pleadings. (Docs. 9, 12, 27, 53, 63, 69, 80, 110.) This case was originally filed in the District of Arizona and each Motion is premised on the District of Arizona lacking personal jurisdiction over the Defendants. Since these Motions were filed, however, this case has been transferred to the Southern District of Ohio. Consequently, the arguments that these Motions raise are now moot. For this reason, the Court **DENIES** the following Motions as **MOOT**:

- Defendant Buckeye Ranch, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction [#9];

- Defendants City of Columbus; Columbus Division of Police; Franklin County Municipal Court; and Detective William Wallace's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue [#12];[1]

---

[1] Defendant Franklin County Municipal Court also moved for dismissal, claiming there are no allegations against it in the Complaint. Plaintiffs did, however, assert factual allegations against the Franklin County Court of Common Pleas Municipal Division, presumably intending to assert the claims against the Franklin County Municipal Court. The Court finds that this, coupled with the fact that the Franklin County Municipal Court was expressly named as a Defendant in the case, gave Defendant Franklin County Municipal Court sufficient notice of the allegations against it. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is to be liberally construed and

1

- Defendant Hsiu-Chen Lu's Motion to Dismiss for Lack of Personal Jurisdiction [#27];

- Defendant Todd D. Sidoti's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue [#53];

- Defendants Franklin County, Ohio; Franklin County Court of Common Pleas, Domestic Division; Franklin County Court of Common Pleas, Civil Division; Franklin County Department of Job and Family Services; Franklin County Child Support Enforcement Agency; Susan Brown; and Darcy Shafer's Motion to Dismiss for Lack of Personal Jurisdiction [#63];

- Defendant Catherine White's Motion to Dismiss for lack of Personal Jurisdiction [#69];

- Defendant Jeffrey Anderson's Motion to Dismiss [#80];

- Defendant Rosemarie Welch's Motion for Judgment on the Pleadings for Lack of Personal Jurisdiction [#110].

**IT IS SO ORDERED.**

                                          **/s/ Algenon L. Marbley**
                                          **ALGENON L. MARBLEY**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: October 29, 2019**

---

a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.") (internal quotations and citations omitted).