# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MOSES MCCORMICK, et al.,** : | |
| : | Case No. 2:19-cv-03329 |
| **Plaintiffs,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Jolson |
| **FRANKLIN COUNTY COURT OF COMMON** : | |
| **PLEAS DOMESTIC DIVISION, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

This matter is before the Court on Plaintiffs Moses and Mark McCormick's Motion to Remove Magistrate Judge Jolson's Jurisdiction over this case. Doc. 186. Plaintiffs assert that they did not consent to having a Magistrate Judge conduct any proceedings in this case, as required under 28 U.S.C. § 636(c).

The Court's docket shows that Magistrate Judge Jolson has issued five orders, two pertaining to access to the Court's electronic filing system, and three related to discovery stays. *See* Docs. 139, 141, 165, 183, 185. A district court may properly refer case management duties, such as these, to a magistrate judge without the parties' consent. *See Fielding v. Tollaksen*, 510 F. 3d 175, 178 (2d Cir. 2007) ("As a matter of case management, a district judge may refer nondispositive motions . . . to a magistrate judge for decision without the parties' consent.") (citing 28 U.S.C. § 636; Fed. R. Civ. P. 72(a)). Plaintiffs have not provided any authority to the contrary. Accordingly, Plaintiffs' Motion [#186] is **DENIED**.

    IT IS SO ORDERED.

                                                                                           **ALGENON L. MARBLEY**
DATED: May 4, 2020                     **CHIEF UNITED STATES DISTRICT JUDGE**